**Order entered December 18, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01509-CV

### IN RE JOHN B. LOWERY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-015458**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/ ROBERT M. FILLMORE
   JUSTICE